No. A–253.  ROGGIO *v.* UNITED STATES.  Application for release pending appeal, addressed to JUSTICE BRENNAN and referred to the Court,. denied.

No. 65, Orig.  TEXAS *v.* NEW MEXICO.  Motion for allowance of fees and disbursements on behalf of the late Charles J. Meyers, Special Master, granted, and the allocation for total services and disbursements set forth in the motion approved.  This amount is to be paid equally by the parties.  JUSTICE STEVENS took no part in the consideration or decision of this motion.  [For earlier order herein, see, *e. g., ante,* p. 917.]

* No. 112, Orig.  WYOMING *v.* OKLAHOMA.  Motion of defendant to dismiss the complaint denied.  Defendant is allowed 30 days within which to file an answer.  [For earlier order herein, see 487 U. S. 1231.]

No. 87–201.  MANSELL *v.* MANSELL.  Ct. App. Cal., 5th App. Dist.  [Probable jurisdiction noted, 487 U. S. 1217.]  Motion of Women's Equity Action League et al. for leave to file a brief as *amici curiae* granted.

No. 87–1855.  GILHOOL, SECRETARY OF EDUCATION OF PENNSYLVANIA *v.* MUTH ET AL.  C. A. 3d Cir.  [Certiorari granted, *ante,* p. 815.]  Motion of respondent Russell A. Muth for leave to proceed further herein *in forma pauperis* granted.

No. 87–1939.  BARNARD, CHAIRMAN OF THE COMMITTEE OF BAR EXAMINERS OF THE VIRGIN ISLANDS *v.* THORSTENN ET AL.; and

No. 87–2008.  VIRGIN ISLANDS BAR ASSN. *v.* THORSTENN ET AL. C. A. 3d Cir.  [Certiorari granted, 487 U. S. 1232.]  Motion of Paul Hoffman et al. for leave to file a brief as *amici curiae* granted.

No. 87–2066.  W. S. KIRKPATRICK & CO., INC., ET AL. *v.* ENVIRONMENTAL TECTONICS CORP., INTERNATIONAL.  C. A. 3d Cir.; and

No. 88–399.  HAMMOND *v.* TERMINAL RAILROAD ASSOCIATION OF ST. LOUIS.  C. A. 7th Cir.  The Solicitor General is invited to file briefs in these cases expressing the views of the United States.